# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL G. NUNGARAY, | ) NO. CV 06-3538 JSL (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| ROBERT HOREL, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Dec. 15, , 2008.

*Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE